

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GREGORY PARRIS, | § | No. 08-22-00138-CR |
| Appellant, | § | Appeal from the |
| v. | § | 277th Judicial District Court |
| THE STATE OF TEXAS, | § | of Williamson County, Texas |
| Appellee. | § | (Trial Court Nos. 19-0962-K277; 19-0974-K277) |

# **J U D G M E N T**

We vacate our judgment dated March 30, 2023, and enter this judgment in its place. The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF MAY, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.